IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PATRICK TERRELL LAWSON, #194206            PLAINTIFF

v.            CIVIL NO. 1:18-cv-201-JCG

GWENDOLYN WOODLAND et al.            DEFENDANTS

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order issued this date, final judgment is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's claims are dismissed with prejudice.

**SO ORDERED** this the 27th day of August, 2019.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE